

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2022

No. 04-22-00009-CV

**IN THE INTEREST OF D.R.B. AND E.B.,** Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 1988-CI-00019
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on January 5, 2022. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified the appellant in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served. The clerk instructed the appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s). An amended notice of appeal has not been filed.

It is therefore ORDERED that appellant's counsel, Markes Eugene Kirkwood, file an amended notice of appeal in compliance with section 51.017(a) within ten days from the date of this order. If appellant fails to file an amended notice of appeal within the time provided, an order may be issued directing Mr. Kirkwood to appear and show cause why he should not be held in contempt for failing to file the amended notice of appeal. The clerk of this court shall cause a copy of this order to be served on Mr. Kirkwood by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

On February 10, 2022, court reporters Delcine Benavides filed a notification of late record requesting an extension until March 10, 2022 to file the reporter's record. The notification of late reporter's record is hereby NOTED. Time is extended to March 10, 2022.

On February 10, 2022, court reporter Maria Fattahi filed a notification of late record requesting an extension until March 14, 2022 to file the reporter's record. The notification of late reporter's record is hereby NOTED. Time is extended to March 14, 2022.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2022.

MICHAEL A. CRUZ, Clerk of Court